United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANNY CASTRO,<br><br>Defendant. | Case No.: **26-cr-01332-H**<br>26-mj-1059-VET<br><br>**Information**<br><br>Title 16, U.S.C., Secs. 3372(a)(2)(A) and 3373(d)(1)(A) – Unlawful Importation of Wildlife (Felony); Title 18, U.S.C., Sec. 545 – Importation Contrary to Law (Felony) |

The United States Attorney charges:

Count 1

On or about June 16, 2023, within the Southern District of California, defendant, JOVANNY CASTRO, did knowingly import wildlife, that is, 12 yellow-headed Amazon parrots (*Amazona oratrix*), that had been taken, possessed, transported, and sold in violation of the laws and treaties of the United States, that is, Title 16, United States Code, Sections 1538(c) and 1540(b), and the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), knowing that such wildlife had been taken, possessed, transported, and sold in violation of said laws and treaties; all in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(A).

Kigr:3/27/2026

Count 2

On or about June 16, 2023, within the Southern District of California, defendant JOVANNY CASTRO did knowingly import merchandise, to wit: 12 yellow-headed Amazon Parrots (*Amazona oratrix*) contrary to law, that is, the Endangered Species Act, Title 16, United States Code, Sections 1538(c) and 1540(b), in violation of Title 18, United States Code, Section 545.

Dated: ___3/27/2026___ .

ADAM GORDON
United States Attorney


*Katie Grammenidis*
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney